**RYLEY CARLOCK & APPLEWHITE**
One North Central Avenue, Suite 1200
Phoenix, AZ 85004-4417
Telephone 602.440.4800
Fax 602.257.9582

Lisa S. Wahlin (Bar No. 013979)
lwahlin@rcalaw.com
Kevin R. Heaphy (Bar No. 026266)
kheaphy@rcalaw.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Allen Roth, | Case No. 12-cv-02698-PHX-SLG |
| Plaintiff, | **AMENDED NOTICE OF DEPOSITION OF PLAINTIFF MICHAEL ALLEN ROTH** |
| v. | |
| Town of Quartzsite; Jeff Gilbert and Sondra Gayle Gilbert, Husband and Wife; Officer Fabiola Garcia, #42, and John Doe Garcia, Wife and Husband; Individual Does I-X, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Rule 30, Federal Rules of Civil Procedures, and upon agreement of the parties, testimony will be taken upon oral examination of the person whose name and address is stated below at the time and place stated below before an officer authorized by law to administer oaths. The deposition will be taken by stenographic means.

PERSON TO BE EXAMINED:     Michael Allen Roth

DATE AND TIME OF DEPOSITION:   January 23, 2014 at 9:00 a.m.

PLACE OF APPEARANCE:     Ryley Carlock & Applewhite
One North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4417
Mead Conference Room

3431897.1
12/10/13

DATED this 10th day of December, 2013.

**RYLEY CARLOCK & APPLEWHITE**

By  /s/ Lisa S. Wahlin
    Lisa S. Wahlin
    Kevin R. Heaphy
    One North Central Avenue, Suite 1200
    Phoenix, AZ 85004-4417
    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2013, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

Elmer Stewart Rhodes III
Law Office of Elmer Stewart Rhodes
432 E Idaho St., Ste. C231
Kalispell, MT 59901
rhodeslegalwriting@gmail.com
*Attorney for Plaintiff*

I hereby certify that on December 10, 2013, I served the attached document by email on the following, who are not registered participants of the CM/ECF System:

Griffin & Associates, LLC
3030 N. Central Ave., Ste. 1102
Phoenix, AZ 85012
calendar@griffinreporters.com

/s/Michele Maul