1 | Elmer Stewart Rhodes, Pro Hac Vice, Montanan Bar No. 8128
2 | **LAW OFFICE OF ELMER STEWART RHODES**
3 | 432 E. Idaho St., Suite 231
   | Kalispell, Montana 59901
4 | Tel: (406) 882-4242
   | Fax: (406) 755-8335
5 | Email: rhodeslegalwriting@gmail.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Michael Allen Roth, | NO. 2:12-cv-02698-SLG |
|---|---|
| Plaintiff, | |
| v. | Unopposed Motion by Plaintiff's Attorney Elmer Stewart Rhodes to Withdraw Appearance as Attorney |
| Town of Quartzsite; Jeff Gilbert and Sondra Gayle Gilbert, husband and wife; Officer Fabiola Garcia, #42, and John Doe Garcia, Wife and Husband; Individual Does I-X, | (First Request) |
| Defendants. | |

COMES NOW Plaintiff's attorney, Elmer Stewart Rhodes, and moves this Court to withdraw attorney's appearance as attorney for Plaintiff in this case, for good cause shown below. The name, last known residence and last known telephone number of the client, is:

Name of Client: Michael Allen Roth

Residential Address:
55 E. Kuehn Rd.
Quartzsite, Arizona, 85346

(as with all residences in Quartzsite, no mail is delivered to the residence, and all mail is delivered to a PO box instead).

Mailing Address:
PO Box 422
Quartzsite, AZ 85346

Phone: 928-927-8888

The causes compelling and requiring this withdrawal are that counsel's family has suffered multiple family tragedies which have been devastating for counsel and his family and have exponentially increased his family obligations.

Counsel now has to care for his brain injured adult sister after her daughter (Counsel's niece) was seriously injured and disfigured in a car accident in late April, 2013, in Nevada, wherein she lost an ear, among other severe injuries. Because of Counsel's niece's severe injuries, ongoing reconstructive surgery, and subsequent unemployment, she was unable to continue to care for her brain injured mother, and Counsel has had to assume those considerable responsibilities of caring for his brain injured adult sister, who now lives full-time with Counsel and his family in Montana.

Further, Counsel's elderly Mother-in-Law is very ill and has been hospitalized multiple times in the past four months. This has been very trying on Counsel's family, and it is now apparent that Counsel and his wife will have to provide end-of-life care to Counsel's Mother-in-Law.

Both of these events have placed tremendous, overwhelming time and emotional burdens on Counsel and his family. All of this comes after Counsel and his wife suffered the loss of their baby the year before. The stress and strain on Counsel and his family has taken a serious toll, with Counsel's family responsibilities and grief seriously affecting his legal practice over the past year, and especially over the past several months, and Counsel does not believe he can effectively represent Plaintiff, Mr. Roth, under these circumstances. Counsel needs to reduce his workload so that he can focus on caring for his family and believes it is in the best interest of Plaintiff Michael Roth that he obtains new, local counsel who can commit more time to Plaintiff's case.

Counsel will also be withdrawing from a related case filed on behalf of Plaintiff, Civil Action No. 2:12-cv-01268-SLG, and will be confining his legal work to Montana.

Counsel has served the attached written notice of withdrawal on his client, Michael Roth, and also on counsel for the Defendants. Mr. Roth has expressed his consent to this withdrawal by means of a telephone call and email on December 10, 2013, and defense counsel has stated that they

3

do not oppose this motion.

Counsel's notice of withdrawal includes a warning to his client that the client is personally responsible for complying with all court orders and time limitations established by any applicable rules, and encourages the client to find new counsel as soon as possible.

WHEREFORE Plaintiff's Counsel, Elmer Stewart Rhodes, prays that this Court grant his motion and enter its order withdrawing his appearance in this case.

RESPECTFULLY SUBMITTED this 3rd day of January, 2014.

By /s/Elmer Stewart Rhodes
Elmer Stewart Rhodes
432 E. Idaho St., Suite C-231
Kalispell, Montanan 59901
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of January, 2014, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

Lisa S. Wahlin, State Bar No. 013979
Of Counsel
**RYLEY CARLOCK & APPLEWHITE**
One N. Central Avenue, Suite 1200
Phoenix, Arizona 85004
Tel: (602) 440-4892
Fax: (602) 257-6992
Email: lwahlin@rcalaw.com
*Attorneys for Defendants*

By /s/Elmer Stewart Rhodes

4