# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Michael Allen Roth, | NO. 2:12-cv-02698-SLG |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION BY PLAINTIFF'S ATTORNEY ELMER STEWART RHODES TO WITHDRAW APPEARANCE AS ATTORNEY |
| Town of Quartzsite; Jeff Gilbert and Sondra Gayle Gilbert, husband and wife; Officer Fabiola Garcia, #42, and John Doe Garcia, Wife and Husband; Individual Does I-X, | |
| Defendants. | |

The Court has reviewed the Unopposed Motion by Plaintiff's Attorney Elmer Stewart Rhodes to Withdraw Appearance as Attorney; IT IS HEREBY ORDERED that the Motion by Plaintiff's Attorney Elmer Stewart Rhodes to Withdraw Appearance is GRANTED.

DATED this 6th day of January, 2014.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE